**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



ORDER

Appellate case name:      In re Richlene Joannides

Appellate case number:   01-13-00755-CV

Trial court case number:  2006-19543

Trial court:                    County Court at Law No 3 of Fort Bend County

The Court is in receipt of Real Party in Interest, Successor Dependent Administrator Richard L. Tate's Second Report to the Court filed June 19, 2014.

If no motion to dismiss is filed by Relator prior to August 15, 2014, Richard L. Tate is **ORDERED** to file a settlement status report by that date.

It is so ORDERED.


Judge's signature: _____/s/ Harvey Brown
                        X  Acting individually      ☐  Acting for the Court


Date:  June 24, 2014